## UNITED STATES BANKRUPTCY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

MARY MARGARET CHARLOTTE SOUBRA

Chapter 13
17-10307-BFK

Debtor

## TRUSTEE'S RESPONSE TO DEBTOR'S MOTION TO APPROVE LOAN MODIFICATION

Thomas P. Gorman, Trustee, has no opposition to Debtor's Motion to Approve Loan Modification, so long as Debtor's Plan remains at 100% distribution to allowed claimants.

| | |
|---|---|
| _May 17, 2021_ | /s/ Thomas P. Gorman |
| Dated | Thomas P. Gorman |
| | Chapter 13 Trustee |
| | 300 N. Washington Street, #400 |
| | Alexandria, VA  22314 |
| | (703) 836-2226 |
| | VSB #26421 |

## CERTIFICATE OF SERVICE

I hereby certify that I have this 17th day of May, 2021 mailed a true copy of the foregoing Response to the following parties.

| | |
|---|---|
| Mary Margaret Charlotte Soubra | John D. Sawyer, Esq. |
| Chapter 13 Debtor | Counsel for Debtor |
| 4601 Eastlawn Avenue | 10605 B-2 Judicial Dr. |
| Woodbridge, VA 22193 | Fairfax, VA 22030 |

/s/ Thomas P. Gorman
Thomas P. Gorman